| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br><br>Denver County District Court<br>2nd Judicial District<br>1437 Bannock Street<br>Denver, CO 80202<br>Phone: 720-865-8301 | |
| Plaintiff: LINDA MANSFIELD, an individual,<br><br>v.<br><br>Defendants: USAA CASUALTY INSURANCE COMPANY, a foreign corporation, and GARRISON PROPERTY and CASUALTY INSURANCE COMPANY | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney<br>Adrienne M. Tranel, #40968<br>Law Office of D. Chadwick Calvert<br>7354 S. Alton Way<br>Centennial, Colorado 80112<br>Attorneys for Plaintiff<br>Phone Number: (303) 740-7040<br>Fax Number:  (303) 740-3157<br>Email: atranel@dcclawoffice.com | Case Number:<br><br>Div.:          Ctrm.: |
| **COMPLAINT AND JURY DEMAND** | |

Plaintiff, Linda Mansfield, by and through her attorneys, The Law Office of D. Chadwick Calvert, for her Complaint against Defendants USAA Casualty Insurance Company and Garrison Property and Casualty Insurance Company, avers and states as follows:

## GENERAL ALLEGATIONS

1. This Court has jurisdiction over the parties to this action and over the subject matter in that Plaintiff Linda Mansfield has suffered injuries and damages as the result of a motor vehicle accident within the State of Colorado and Defendant issued a policy of insurance to Plaintiff within the State of Colorado. The Court has personal jurisdiction in that Defendants transact business within the State of Colorado.

2. Venue is appropriate in that Defendants are nonresidents of the State of Colorado and Plaintiff designates venue in Denver County pursuant to C.R.C.P. 98(c)(1).

EXHIBIT 1

3. Plaintiff Linda Mansfield is an individual who resides in Centennial, Colorado.

4. Defendants USAA Casualty Insurance Company and Garrison Property and Casualty Insurance Company (hereinafter collectively "USAA") are Texas companies in the business of casualty insurance with a principal place of business located at 9800 Fredericksburg Road, San Antonio, Texas.

5. On January 27, 2014, Plaintiff Linda Mansfield was injured in a motor vehicle accident that occurred at the intersection of E. Arapahoe Road and S. Boston Street in the City and County of Arapahoe, State of Colorado.

6. On that date, Plaintiff Linda Mansfield was an insured under a contract of motor vehicle insurance issued by USAA, policy number 014067343C71015.

7. That policy of insurance included medical payments coverage with limits of $50,000.00.

8. Pursuant to the policy provisions, medical payments coverage covers reasonable fees for medically necessary and appropriate medical services which result from bodily injury sustained by a covered person.

9. Plaintiff Linda Mansfield was a covered person under the policy, eligible for medical payments coverage.

10. Among other injuries, Plaintiff Linda Mansfield sustained cervical, thoracic, and lumbar spine injuries in the January 27, 2014, motor vehicle accident.

11. Plaintiff Linda Mansfield was evaluated three days after the incident at Parker Adventist Hospital where she was diagnosed with cervical strain, headaches, and other injuries. USAA paid for this visit.

12. On February 5, 2014, Plaintiff Linda Mansfield began treatment with chiropractor Brent R. Graves, D.C., for neck, head, mid-back and low-back pain. USAA initially denied all treatment with Dr. Graves, but then paid for the course of treatment with Dr. Graves through February 24, 2014, but did not pay one visit on February 26, 2014, with a bill of $180.00.

13. On February 25, 2014, Plaintiff reported to Anew Family Care and treated for neck, mid-back and low-back pain. The bill for this visit was $240.00.

14. On February 25, 2014, Plaintiff Linda Mansfield began treatment with Advanced Pain Anesthesia for low back and neck pain. The provider ordered cervical and lumbar injections for her increased pain from the collision. USAA denied payment for this and all visits with Advanced Pain Anesthesia as not medically necessary. The bill for this visit was $319.83.

15. On February 28, 2014, Plaintiff Linda Mansfield presented to Cherry Creek Surgery Center for a cervical translaminar therapeutic epidural steroid injection, C7, and lumbar

translaminar therapeutic epidural steroid injection at L4. USAA denied payment for this and all visits with Dr. Gesquiere, Cherry Creek Surgery Center, as not medically necessary. The bill for this visit was $9,882.00.

16. On March 20, 2014, Plaintiff Linda Mansfield received regular massages from March 30, 2014, through November 20, 2014, to relieve her neck and low back pain. The bills for these visits were $1,426.44.

17. On April 1, 2014, Plaintiff Linda Mansfield returned to Advanced Pain Anesthesia to follow up after the injections. It was noted the lumber injection would be repeated. The bill for this visit was $272.95.

18. On April 18, 2014, Plaintiff Linda Mansfield reported to Cherry Creek Surgery Center for the recommended lumbar injection. The bill for this visit was $4,325.07; USAA paid $414.96 for the 4/18/14 date of service.

19. On April 25, 2014, Plaintiff Linda Mansfield returned to Anew Family Care for upper back pain and received a trigger point injection and pain medication. After first denying payment for this visit, USAA paid for this visit.

20. On May 9, 2014, Plaintiff Linda Mansfield returned to Advanced Pain Anesthesia for follow up after the lumbar injection. She was told to return in 6 weeks. The bill for this visit was $319.83.

21. On July 1, 2014, Plaintiff Linda Mansfield returned to Advanced Pain Anesthesia for evaluation of her neck and low-back pain and was provided additional prescriptions. The bill for this visit was $319.83.

22. On July 23, 2014, Plaintiff Linda Mansfield presented to Swedish Medical Center with complaints of migraines, nausea, and lumbago. She was diagnosed with migraine and discharged with pain medication. The bill for this visit was $5,536.22 for the facility, and $695.00 for the emergency physician.

23. On July 24, 2014, Plaintiff Linda Mansfield underwent a cervical translaminar therapeutic epidural steroid injection at C6; bilateral occipitalis muscle and occipital nerve blocks; and intraoperative fluoroscopy with interpretation, for on-going neck pain. She also received radiofrequency ablations and neurolysis of the medial branch at L3-L4, L4-L5, and L5-6, and S1. The bill for this service was $36,648.00, and an additional $1,475.07 for the physician's services.

24. On September 9, 2014, Ms. Mansfield returned to Advanced Pain Anesthesia for follow-up after these procedures. She reported 70% relief of her pain symptoms from the left-sided radiofrequency ablations. Dr. Gesquiere noted they would schedule the right-sided procedures and also ordered a cervical MRI due to her on-going neck pain. The bill for this visit was $319.83.

25. On September 12, 2014, Plaintiff Linda Mansfield reported for the right-sided radiofrequency ablations at the L3-4, L4-5, L5-6, and S1. The facility fee for this service was $12,396, and the physician's bill was $1,390.41.

26. On September 16, 2015, Plaintiff Linda Mansfield reported for the cervical MRI previously ordered by Dr. Gesquiere. The cost of this imaging was $1,300.00.

27. Following the MRI, Plaintiff Linda Mansfield reported to South Denver Spine on October 13, 2014, with reports of neck pain, and noted neck-pain since the January 2014 collision. Dr. Ibrahim suggested possible cervical facet injections, a course of physical therapy, and standing x-rays of the lumbar spine. USAA did not make a specific determination about this visit but stated in December 2017 that this claim was denied. The bill for this visit was $207.84. Likewise, the x-rays of $95.00 were also denied.

28. On October 15, 2014, Plaintiff Linda Mansfield returned to treatment with Advanced Pain Anesthesia for follow-up regarding her neck and low back pain and the recommendations from Dr. Ibrahim. The bill for this visit was $319.83.

29. On October 31, 2014, Plaintiff Linda Mansfield reported for the cervical facet injections recommended by Dr. Ibrahim, and medical branch nerve blocks. Dr. Gesquiere performed these services at Cherry Creek Surgery Center. The facility bill was $18,648.00, and the physician bill was $799.92.

30. On November 11, 2014, Plaintiff Linda Mansfield followed up after the injections at Advanced Pain Anesthesia. The bill for this visit was $319.83.

31. On November 14, 2014, Plaintiff Linda Mansfield reported to the emergency department at Swedish Medical Center because of headache and visual discomfort. She was provided fluid medication and other treatment. The bill for this visit was $6,571.02 from the hospital and $473.00 for the emergency physician.

32. On November 24, 2014, Plaintiff Linda Mansfield returned to South Denver Spine for follow up regarding the cervical facet injections. Dr. Ibrahim also reviewed her lumbar x-rays and recommended an anterior cervical discectomy and fusion at C5-6 and C6-7, and possibly at C4-5, and a translaminar epidural steroid injection in order to alleviate the back pain. The bill for this visit was $207.84.

33. On December 8, 2014, Plaintiff Linda Mansfield reported for the recommended epidural steroid injection at L4-5. The facility bill for this service was $3,864.00 and the physician's bill was $269.31.

34. On December 10, 2014, Plaintiff Linda Mansfield returned to Advanced Pain Anesthesia for continued neck pain and the scheduled surgical fusion on December 23, 2014. An EMG was recommended prior to surgery. The bill for this visit was $319.83.

35.     On December 11, 2014, Ms. Mansfield returned to Anew Family Care for a pre-operation physical and clearance for surgery. The bill for this visit was $269.00.

36.     Ms. Mansfield underwent the EMG on December 15, 2014, clearing her for surgery. The bill for this visit was $767.98.

37.     Ms. Mansfield then presented to Parker Adventist Hospital on December 23, 2014, for the cervical fusion surgery performed by Dr. Ibrahim. The total cost of the hospital for her stay and the procedure was $88,883.96. Dr. Ibrahim's physician fee was $3,504.00.

38.     Ms. Mansfield followed up with Dr. Ibrahim on January 5, 2015, post-surgery, and was recommended to follow-up in one month. There was no bill for this visit.

39.     Ms. Mansfield presented to Advanced Pain Anesthesia on January 6, 2015, for medication management follow-up and said she was doing well and received a pain medication refill. The bill for this visit was $319.83.

40.     On January 26, 2015, Ms. Mansfield presented for a post-operative x-ray of the cervical spine. The bill for this visit was $90.00.

41.     On January 30, 2015, Ms. Mansfield reported to Cherry Creek Surgery Center for a left L4 selective nerve root block and translaminar epidural steroid injection at L4-L5. The injection was completed by Michael Gesquiere, MD, under fluoroscopic guidance and conscious sedation. The injection bill was $3,864.00 and the bill for the facility was $445.65.

42.     On February 2, 2015, Ms. Mansfield returned to South Denver Spine for routine post-surgical follow-up. The bill for this visit was $0.00.

43.     Ms. Mansfield returned to Peak Anesthesia & Pain Management on February 3, 2015 for follow up to her L4 selective nerve root block injection and L4-L5 epidural steroid injection. She reported 60-70% relief from the injections. Kati McDonald completed an examination and refilled Ms. Mansfield's pain medication. The bill for this visit was $319.83.

44.     Ms. Mansfield experienced further headache and migraine pain on February 8, 2015, and reported to the Swedish Medical Center for treatment. Ms. Mansfield reported history of migraine and tension headache, six weeks following her cervical fusion. The bill for this visit was $6,729.24 for the hospital and $695.00 for the ER physician.

45.     On February 13, 2015, Ms. Mansfield returned to Peak Anesthesia with complaints of a migraine headache. Andrew Smolenski completed a greater occipital nerve block injection using a 27 gauge 1-1/4-inch needle and trigger point injections over the left sub-occipitals, paraspinals and levator scapula. The bill for this visit was $434.81.

46.     Ms. Mansfield returned to Peak Anesthesia & Pain Management on March 3, 2015, and noted she continued to do well following the cervical fusion. She stated her migraine had resolved; however, the pain relief from the lumbar block injection of January 30, 2015 was

returning. Dr. MacDonald noted the lumbar injection could be repeated; however, she would have to wait until after April. The bill for this visit was $319.83.

47.     Per doctor's orders, Ms. Mansfield returned to Peak Anesthesia & Pain Management on April 1, 2015, and stated she was doing well from surgical fusion, with some numbness and tingling in her hands. She was scheduled for a lumbar RFA. The bill for this visit was $319.83.

48.     On April 2, 2015, Ms. Mansfield began a course of massage therapy through December 26, 2015. The bill for this course of therapy was $2,076.53.

49.     On April 10, 2015, Ms. Mansfield returned to Cherry Creek Surgery Center for a left sided radiofrequency ablation at L3-L4, L4-L5, and L5-S1 and L3, L4, L5 and S1 medial branch nerve. The procedure was completed by Michael Gesquiere, MD, under conscious sedation and fluoroscopic guidance. The bill from Cherry Creek Surgery Center was $16,528.00 and the bill from Peak Anesthesia was $1,390.41.

50.     On April 23, 2015, Ms. Mansfield experienced another migraine that she had been having for two days, which was localized to the left of her head with a stabbing sensation. The bill for this ER visit was $3,289.08 from Swedish Medical Center and the ER physician was $473.00.

51.     On May 1, 2015, Ms. Mansfield returned to Cherry Creek Surgery Center for a right sided radiofrequency ablation at L3-L4, L4-L5, and L5-S1. The procedure was completed by Michael Gesquiere, MD, under fluoroscopic guidance and conscious sedation. The bill for this visit was $16,260.00 for the ablations and $1,390.41 from Peak Anesthesia.

52.     On May 4, 2015, Ms. Mansfield returned to South Denver Spine for her six month, surgical follow up. The bill for this visit was $147.26.

53.     On May 13, 2015, Ms. Mansfield returned to Peak Anesthesia & Pain Management and reported 80% improvement of her pain from the medial branch block injections. The bill for this visit was $319.83.

54.     On June 17, 2015, Ms. Mansfield returned to Peak Anesthesia & Pain Management with increased back pain and stiffness/numbness into the left lower extremity extending into the left foot. Dr. Anderson ordered a lumbar x-ray and lower extremity EMG. The bill for this visit was $876.98.

55.     On July 7, 2015, Ms. Mansfield returned to South Denver Spine for follow up. She reported she was doing well, however, unfortunately injured her neck a few weeks earlier. Ms. Mansfield noted she had fell asleep during an airplane ride, with her head on a pillow on the tray in front of her seat, when the man in front of her reclined his seat back. The seat struck her in the top of her head causing severe pain in her neck and whole arm. Since that time, she had noted pain. Steven Sawyer, PA-C, ordered a cervical MRI and x-rays to rule out any new damage. The bill for this visit was $147.26.

56. On July 15, 2015, Ms. Mansfield returned to Dr. Anderson to review the lumbar x-ray. The findings noted minimal anterolisthesis at L4-L5. The bill for this visit was $319.83.

57. Following the orders of Patrick Sawyer, PA-C, Ms. Mansfield reported to Health Images Southlands in July 16, 2015 for a cervical MRI. The MRI was interpreted by David Solsberg, MD. The bill for the cervical MRI was $2,313.00.

58. On July 31, 2015, Ms. Mansfield returned to Cherry Creek Surgery Center for a therapeutic translaminar epidural steroid injection. The injection was completed by Michael Gesquiere, MD, under fluoroscopic guidance and conscious sedation. The bill for the injections was $3,864.00 and the bill for Peak Anesthesia was $269.31.

59. On August 3, 2015, Ms. Mansfield returned for her scheduled medication management follow up. She noted she was recently taking more medication due to increased activity and noted Dr. Ibrahim had completed a lumbar MRI. Dr. Anderson noted he would obtain the results of the MRI and refilled her pain medication. The bill for this visit was $319.83.

60. On September 14, 2015, Ms. Mansfield returned for routine follow up. She reported increased muscle spasms and headaches. Dr. Anderson believed it was due to a combination of stress and tension. He suggested trigger point injections into the cervical region and gave her a prescription for Soma. The bill for this visit was $1,350.81.

61. Ms. Mansfield presented to Cherry Creek Surgery Center on September 25, 2015, for a right L4 selective nerve root block and translaminar therapeutic epidural steroid injection at L4-L5. The procedure was completed by Michael Gesquiere, MD, under fluoroscopic guidance and conscious sedation. The bill for this visit was $6,879.00 for the injections and $714.96 for Peak Anesthesia.

62. Also on September 25, 2015, Ms. Mansfield experienced migraine symptoms with sharp left-sided migraine for two days with some neck soreness, and reported gluteal and leg pain associated with a displaced disc, mild nausea, and photophobia. She presented to the ER at Swedish Medical Center, where the bill was $6,911.79 and the ER physician bill was $473.00.

63. On October 1, 2015, Ms. Mansfield presented to Anew Family Care for a medical review. She reported constant low back pain and noted she may have lumbar surgery. In addition, she informed Dr. Compton she recently was seen in the emergency room for a migraine headache. Dr. Compton completed an examination. Dr. Compton instructed Ms. Mansfield to continue to follow up with Dr. Ibrahim for possible surgery and continue to follow her migraine diet. The bill for this visit was $185.00.

64. On October 13, 2015, Ms. Mansfield returned to Peak Anesthesia & Pain Management where her pain medication was refilled for complaints of low back pain, cervical spine pain, and headaches. The bill for this visit was $319.83.

65. Following the suggestion of Dr. Gesquiere, Ms. Mansfield returned to South Denver Spine on October 14, 2015 with complaints of low back pain. She informed Dr. Ibrahim that Dr. Gesquiere had completed lumbar epidural steroid injections; however, they were not effective in helping her pain. In addition, she thought MRI scans were completed. An examination was completed. Dr. Ibrahim was unable to locate the MRI studies. As such, he ordered an MRI and standing lumbar x-rays. The bill for this visit was $217.22.

66. Ms. Mansfield returned to Touchstone Imaging Dry Creek for lumbar spine x-rays on October 19, 2015. The bill for this imaging was $1,555.00.

67. Ms. Mansfield returned to South Denver Spine on October 26, 2015 to review the lumbar x-rays and MRI. She reported continued low back pain and noted the pain radiated down the sides of her back and lower extremities, worse on the left. All past injections only provided temporary relief. She noted she was taking up to 5 Dilaudid per day. An examination was completed. Dr. Sawyer suggested a lumbar decompression and instrumental interbody fusion at L4-L5 from a left sided approach. The bill for this visit was $217.22.

68. On November 2, 2015, Ms. Mansfield presented to Anew Family Care to follow up with Katherin Compton, DO, regarding bruising on her lower extremity, and pain in the joints of shoulders, hips and knees and ankles. Ms. Mansfield was provided medications and instructed to have a healthy diet and exercise as she is able, to follow up with her spine specialist, and to undergo labs. The bill for this visit was $185.00.

69. On November 11, 2015, Ms. Mansfield informed Dr. Anderson that she was scheduled to have back surgery on December 17, 2015 with Dr. Ibrahim. The bill for this routine visit was $319.83.

70. With recurring migraine symptoms, nausea and vomiting, Ms. Mansfield presented to Swedish Medical Center again on November 13, 2015. Ms. Mansfield reported the migraine commenced two days ago and she experienced no relief from her medications, and described the pain as knives in her head. Ms. Mansfield was provided with a conservative plan of medication but no imaging, and provided fluids. With improved symptoms, Ms. Mansfield was discharged home. The hospital bill was $10,484.99, and the ER physician bill for this visit was $473.00.

71. Ms. Mansfield returned to Anew Family Care on November 23, 2015, for a pre-operative physical for her lumbar surgery. Ms. Mansfield was cleared for surgery. The bill for this visit was $260.00.

72. Following the orders of Patrick Sawyer, PA-C, Ms. Mansfield presented to Health Images South Denver on November 25, 2015, for a CT of the lumbar spine with reformation. The bill for this imaging was $1,021.00.

73. On December 8, 2015, Ms. Mansfield received occipital trigger point injections from Bobbie Cooper, PA-C. The bill for this visit was $319.83.

74. On December 17, 2015, Ms. Mansfield presented to Parker Adventist Hospital for lumbar fusion surgery, specifically, L4-5 minimally-invasive decompression and fusion, performed by Dr. George Ibrahim. Ms. Mansfield remained in the hospital through December 20, 2015, to recover from surgery. The hospital bill for this period of time was $144,987.04, and the bill from Dr. Ibrahim was $6,921.30, and the bill from Mr. Sawyer was $6,418.00.

75. Ms. Mansfield followed up with Patrick Sawyer, PA, of South Denver Spine, PC, on December 30, 2015, to review the surgery. Ms. Mansfield was doing well, with pain controlled with reduced amounts of oral medications. She was referred to her primary care doctor for any on-going issues. The bill for this visit was $0.00.

76. Following the orders of Patrick Sawyer, PA, Ms. Mansfield reported to Touchstone Imaging Dry Creek on December 30, 2015, for a 2-week post-lumbar fusion x-ray. The x-ray was interpreted by Maksym Dymek, MD. This imaging bill was $180.00.

77. Ms. Mansfield returned to Peak Anesthesia & Pain Management on January 5, 2016 for pain management follow up. She reported her function level was slightly limited due to surgery, however, noted it was increasing. Dr. Anderson completed an occipital nerve block injection and refilled her pain medication. The bill for this visit was $0.00.

78. Dr. Gesquiere and Dr. Ibrahim's opinions are that Ms. Mansfield's care and treatment and the procedures performed were reasonable and necessary and causally related to the January 27, 2014, car collision, and Ms. Mansfield's increased pain therefrom.

79. Despite providing all relevant medical records, USAA has continued to deny the bills from Dr. Gesquiere, Cherry Creek Surgery Center, Advanced Pain Anesthesia, South Denver Spine (Dr. Ibrahim), Parker Adventist Hospital and Swedish Medical Center, and her primary care physician for follow up as well as massages and other conservative care. The denied bills total $202,511.71.

80. Further, USAA has not reviewed any records or bills after January 27, 2015, claiming that the policy will not allow for any care after one year from the date of loss. Ms. Mansfield's treatment after January 27, 2015, through the present, for injuries related to the January 27, 2014, incident total an additional $253,506.74.

81. The denied bills total $456,018.45.

82. On May 4, 2017, Plaintiff appealed the denial of these claims and provided all medical records and bills to USAA, along with a detailed explanation regarding each bill and the necessity of the medical treatment. USAA responded on June 14, 2017, that it did not have a complete copy of certain bills. On June 15, 2017, Plaintiff provided all medical bills and records to USAA a second time, along with a detailed log of where the information was located.

83. On June 29, 2017, USAA denied the 12/11/2014 treatment from Anew Family Care as not related to the collision.

84. On August 7, 2017, USAA stated it would only consider claims within one year of the date of loss. On August 24, 2017, Plaintiff responded that, although this provision is debatable, even losses within one year totaled $206,366.60, well in excess of the available $50,000 medical payment coverage, and asked USAA to reconsider specific dates of service.

85. On September 21, 2017, Plaintiff again wrote to USAA stating no correspondence had been received and her treatment well exceeded the available policy limits.

86. On October 12, 2017, USAA responded that bills for Dr. Graves had mostly been paid; some initial bills had been paid; and one bill from Anew Family Care had been paid. However, USAA denied all treatment from Advanced Pain Anesthesia as unrelated and not medically necessary. Likewise, USAA denied all care from Dr. Gesquiere as not related nor medically necessary. USAA stated it did not have a complete set of records and bills for other providers.

87. On November 15, 2017, Plaintiff provided all medical records and bills to USAA again, for a third time.

88. On December 20, 2017, USAA denied treatment on 10/13/14 and 10/19/15 as not medically necessary. Although Dr. Wadih Joseph Absi, MD, reviewed all the medical documentation, his opinion was that these two dates of service were not related.

89. Without more, USAA wrote on December 30, 2017, that "all medical information" had been reviewed and it was "confident that we have already paid for the treatment received that was medically necessary, reasonable and related to this motor vehicle accident. We consider the claim closed and resolved."

90. USAA's denials were based on peer reviews and the opinion of one doctor who was selected by Auto Injury Solutions on behalf of USAA, who has never met or examined Plaintiff Linda Mansfield.

### FIRST CLAIM FOR RELIEF
(Breach of Contract)

91. Plaintiff incorporates by reference the foregoing paragraphs of the complaint.

92. Under the provisions of Defendant USAA's policy of insurance, they are obligated to provide medical payments benefits for medically necessary and appropriate medical services resulting from bodily injury of a covered person.

93. Plaintiff Linda Mansfield is a covered person under the policy.

94. The above described medical bills, totaling $456,018.45, are for medically necessary and appropriate medical services causally related to the January 27, 2014, motor vehicle accident.

95. To date, USAA has refused to pay for those services, despite medical evidence that these services were medically necessary and appropriate.

96. Plaintiff has presented reasonable proof to USAA of the fact and amount of the denied medical bills and that they were necessary and appropriate.

97. USAA has breached its contract with Plaintiff Linda Mansfield.

98. As a direct result of USAA's breach of contract, Plaintiff has suffered damages.

WHEREFORE, Plaintiff requests relief as requested following the Third Claim for Relief.

## SECOND CLAIM FOR RELIEF
(Unreasonable Delay or Denial - C.R.S. 10-3-1115 and 10-3-1116)

99. Plaintiff incorporates by reference the foregoing paragraphs of the Complaint.

100. Plaintiff Linda Mansfield is a first party claimant in this action as that term is defined in C.R.S. 10-3-1115.

101. Defendant USAA's denial of the above described claims for benefits under the medical payments provisions of her insurance policy was unreasonable and without a reasonable basis as described above.

102. As a direct result of Defendant USAA's unreasonable denial of Plaintiff's claim for first party benefits, Plaintiff is entitled to two times the covered benefits, court costs and reasonable attorney's fees pursuant to C.R.S. 10-3-1116.

WHEREFORE, Plaintiff requests relief as requested following the Third Claim for Relief.

## THIRD CLAIM FOR RELIEF
(Common Law Bad Faith)

103. Plaintiff incorporates by reference the foregoing paragraphs of the Complaint.

104. As Plaintiff Linda Mansfield's insurer, Defendant USAA owes its insured the duty of good faith and fair dealing which duty is breached if the insurer delays or denies payment without a reasonable basis for its delay or denial. Pursuant to its duty of good faith and fair dealing, Defendant USAA owed to Plaintiff an obligation to treat Plaintiff's interests with equal consideration to its own interests.

105. In denying Plaintiff's medical payment claims, Defendant USAA breached its duty of good faith and fair dealing owed to Plaintiff in one or more of the following ways:

   a. Failing to give equal consideration to the interests of Plaintiff, its insured;

   b. When investigating Plaintiff's claims, failing to diligently search for evidence that supported their insured's claims;

   c. Unreasonably delaying or denying benefits under the insurance policy without a reasonable basis with knowledge of its reckless disregard for delaying or denying such benefits;

   d. Failing to adopt and implement reasonable standards for the prompt investigation of claims arising under the insurance policy;

   e. Refusing to pay claims without conducting a reasonable investigation based upon all available information;

   f. Not attempting in good faith to effectuate prompt, fair and equitable settlement of claims after its liability has become reasonably clear;

   g. Compelling Plaintiff to institute litigation to recover amounts due under the insurance policy;

106. Defendant's conduct in this regard was unreasonable and undertaken with a reckless disregard for the fact that its conduct was unreasonable.

107. As a direct result of Defendant's breach of its duty of good faith and fair dealing, Plaintiff has sustained general and economic damages.

WHEREFORE, Plaintiff Linda Mansfield requests that this Court enter judgment for her and against Defendant USAA in an amount to fairly and reasonably compensate her for her injuries and damages as set forth above; for costs, expert witness fees, statutory interest from the date this cause of action accrued or as otherwise permitted under Colorado law, two times the denied covered benefits and reasonable attorney's fees and for such other and further relief as this Court deems just and proper.

Respectfully submitted this 2nd day of May, 2018

Respectfully submitted,

LAW OFFICE OF D. CHADWICK CALVERT, LLC


/s/ Adrienne M. Tranel
Adrienne M. Tranel



Plaintiff's address:
5721 E. Fair Place
Centennial, CO 80111