## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 18-cv-01348

LINDA MANSFIELD,
    Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY, and
GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY,
    Defendants.

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Linda Mansfield, by and through her undersigned counsel, and pursuant to Local Civil Rule 40.2 of the District of Colorado, notifies this Court that the parties have reached a resolution in this matter and notify this Court of the fact of that settlement. The parties request dates currently pending with the Court be held in abeyance. The parties will file appropriate documents once the settlement is finalized.

Date: July 18, 2018                          Respectfully Submitted,

                                            */s/ Adrienne Tranel*
                                            ADRIENNE M. TRANEL
                                            Attorney for Plaintiff
                                            7354 S. Alton Way, Suite 203
                                            Centennial, CO 80112
                                            Telephone: (303) 740-7040
                                            Facsimile: (303) 740-3157
                                            atranel@dcclawoffice.com

## **CERTIFICATE OF SERVICE**

I certify that on Wednesday, July 18, 2018, this Notice of Settlement was filed with the Court; and true and accurate copies of the foregoing were served on all parties via CM/ECF electronic filing, and addressed to the following:

> Jeremy A. Moseley
> Wheeler Trigg O'Donnell LLP
> 370 Seventeenth Street, Suite 4500
> Denver, CO 80202-5647
> Telephone: 303.244.1800
> Facsimile: 303.244.1879
> Email: moseley@wtotrial.com

>  */s/ Adrienne Tranel*
> Adrienne M. Tranel