**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-01348-MSK-MEH

LINDA MANSFIELD, an individual,

      Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY, a foreign corporation, and
GARRISON PROPERTY and CASUALTY INSURANCE COMPANY,

      Defendants.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)**

---

Plaintiff, Linda Mansfield ("Plaintiff"), by and through her undersigned counsel, and Defendants, USAA Casualty Insurance Company and Garrison Property and Casualty Insurance Company, by and through their undersigned counsel, hereby notify this Court that all claims of Plaintiff in the above-captioned matter are dismissed with prejudice pursuant to F.R.C.P. 41(a)(1), each party to bear her or its own attorneys' fees and costs.

DATED:  August 8, 2018                                                  Respectfully submitted,

*s/ Adrienne M. Tranel*                                                        *s/ Jeremy A. Moseley*
Adrienne M. Tranel                                                             Jeremy A. Moseley
Law Office of D. Chadwick Calvert                             Megan Bitner Treseder
7354 S. Alton Way                                                           Wheeler Trigg O'Donnell LLP
Centennial, CO 80112                                                      370 Seventeenth Street, Suite 4500
Telephone:  303.740.7040                                              Denver, CO  80202-5647
Facsimile:  303.740.3157                                               Telephone:   303.244.1800
Email: atranel@dcclawoffice.com                               Facsimile:    303.244.1879
                                                                                              Email:   moseley@wtotrial.com
                                                                                                             treseder@wtotrial.com

*Attorney for Plaintiff Linda Mansfield*                  *Attorneys for  Defendants USAA Casualty Insurance Company and Garrison Property and Casualty Insurance Company*

## **CERTIFICATE OF SERVICE (CM/ECF)**

      I HEREBY CERTIFY that on August 8, 2018, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Jeremy A. Moseley**
  moseley@wtotrial.com,kern@wtotrial.com

- **Adrienne M. Tranel**
  atranel@dcclawoffice.com,jennifer@dcclawoffice.com

- **Megan Bitner Treseder**
  treseder@wtotrial.com,norris@wtotrial.com


                *s/ Kelsey Kern on behalf of Jeremy A. Moseley*